RECEIVED
IN MONROE, LA
AUG 19 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Cr. No. 02-30044-01 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ALFONZO MASON | MAG. JUDGE KAREN L. HAYES |

## MEMORANDUM ORDER

Defendant Alfonzo Mason has filed an Application for Certificate of Appealability [Doc. No. 159] in the above-referenced matter. Mason previously filed a Motion for Resentencing [Doc. No. 152], which the Court construed as a second or successive motion to vacate sentence under 28 U.S.C. § 2255. The Court dismissed Mason's Motion for Resentencing without prejudice, so that he could seek leave in the United States Court of Appeals for the Fifth Circuit to file a second § 2255 motion. Since that time, Mason has filed a notice of appeal of the Court's Judgment. No COA is needed in this case because the Court has not issued any substantive ruling on his second § 2255 motion. Accordingly,

IT IS ORDERED that Mason's Application for Certificate of Appealability [Doc. No. 159] is DENIED.

Monroe, Louisiana, this the 19 day of August, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE