UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Cr. No. 02-30044-01 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ALFONZO MASON | MAG. JUDGE KAREN L. HAYES |

**JUDGMENT**

For the reasons set forth in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant's "Motion Rule 60(b)(6)" [Doc. No. 171], which the Court construes as a successive motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255, is DISMISSED WITHOUT PREJUDICE. Defendant may file a motion in the United States Court of Appeals for the Fifth Circuit seeking leave to file a third § 2255 motion.

Monroe, Louisiana, this 4th day of October, 2006.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE