# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL No. 02-30044-01** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **ALFONZO MASON** | **MAG. JUDGE KAREN L. HAYES** |

## MEMORANDUM ORDER

Defendant Alfonzo Mason seeks to appeal this Court's Ruling [Doc. No. 173] and Judgment [Doc. No. 174]. In that Ruling and Judgment, the Court denied Mason's Petition for Writ of Habeas Corpus [Doc. No. 171], which the Court construed as a successive motion to vacate sentence under 28 U.S.C. § 2255. The Court dismissed Mason's Petition without prejudice, so that he could seek leave in the United States Court of Appeals for the Fifth Circuit to file a successive § 2255 motion. Since that time, Mason has filed a motion to appeal in forma pauperis [Doc. No. 175], which the Court also construes as a notice of appeal.

No Certificate of Appealability is needed in this case because the Court has not issued any substantive ruling on his third § 2255 motion. However, even if a COA is necessary, the Court finds that Mason has failed to make a substantial showing of the denial of a constitutional right. Accordingly, to the extent that Mason seeks a COA,

IT IS ORDERED that a COA is DENIED.

Monroe, Louisiana, this 12th day of October, 2006.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE