# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 02-30044-01 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ALFONZO MASON | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons set forth in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant's "Motion Rule 35(a) to Correct an Illegal Sentence Pursuant [sic] Federal Rules of Civil Procedure 5.1(a)(1)(A)" [Doc. No. 180], which the Court construes as a successive motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255, is DISMISSED WITHOUT PREJUDICE. Defendant may file a motion in the United States Court of Appeals for the Fifth Circuit seeking leave to file a fourth § 2255 motion.

MONROE, LOUISIANA, this 5th day of January, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE