RECEIVED
IN MONROE, LA

FEB 2 0 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 02-30044-01 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ALFONZO MASON | MAG. JUDGE KAREN L. HAYES |

## RULING

Pending before the Court is Defendant's fifth successive motion to vacate [Doc. No. 181]. This motion was filed with the Central District of California and transferred to this Court on December 29, 2006.

Under the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), a successive motion filed by a person attacking a sentence under § 2255 must be certified by a panel of the appropriate court of appeals. *See* 28 U.S.C. § 2255; *see also* 28 U.S.C. § 2244(b)(3)(A). The Court is required to dismiss a successive habeas petition unless certain specified conditions are met. Since Defendant's motion under 28 U.S.C. § 2255 was filed after the effective date of the AEDPA, the Court is without jurisdiction to consider it unless leave to file the motion is granted by the United States Court of Appeals for the Fifth Circuit.

Accordingly, Defendant's motion must be DENIED and DISMISSED WITHOUT PREJUDICE, so that he can, again, seek leave of the United States Court of Appeals for the Fifth Circuit to file his motion.

Because Defendant has filed five successive motions to vacate without obtaining permission from the Fifth Circuit Court of Appeals, the Clerk of Court is ORDERED not to accept any further

Section 2255 motions for filing without permission from the Fifth Circuit Court of Appals.

MONROE, LOUISIANA, this \_\_\_\_16\_\_\_\_ day of \_\_\_\_February\_\_\_\_, 2007.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE