RECEIVED
IN MONROE, LA

FEB 2 0 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 02-30044-01 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ALFONZO MASON | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons set forth in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant's motion to vacate [Doc. No. 181] under 28 U.S.C. § 2255 is DISMISSED WITHOUT PREJUDICE. Defendant may file a motion in the United States Court of Appeals for the Fifth Circuit seeking leave to file a fourth § 2255 motion.

IT IS FURTHER ORDERED that the Clerk of Court is instructed not to accept any further Section 2255 filings from Defendant without permission of the United States Court of Appeals for the Fifth Circuit.

MONROE, LOUISIANA, this _16_ day of _February_, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE